UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JIMMY JONES SCOTT,

    Plaintiff,

v.                                    CASE NO. 3:19cv1549-MCR-EMT

LIEUTENANT P.A. REYES, et al.,

    Defendants.
_____/

# **O R D E R**

The Chief Magistrate Judge issued a Report and Recommendation on March 2, 2020. ECF No. 20. Plaintiff was been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Chief Magistrate Judge's Report and Recommendation, ECF No. 20, is adopted and incorporated by reference in this Order.

2. Plaintiff's claims against Defendants are **DISMISSED with prejudice** for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and § 1915A(b)(1).

3. All pending motions are **DENIED as moot**.

4. The clerk of court is directed to enter judgment accordingly and close the case.

**DONE AND ORDERED** this 8th day of April 2020.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**